IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOPE GRANT, for herself and for all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CONVERGYS CORPORATION, | ) ) |
| Defendant. | ) |

CASE NO. 4:12-CV-000496-CEJ

**THIRD JOINT MOTION TO EXTEND TIME
TO FILE ADR REPORT AND COMPLETE ADR**

Come now the parties jointly, by and through their respective attorneys, and move this Court to extend the time to complete mediation. As grounds for said request, the parties state:

1. Pursuant to this Court's Order dated November 29, 2012, the ADR Conference Scheduyle and Designation of Neutral is due by January 15, 2013, mediation must be completed by March 31, 2013, and the ADR Conference Report is due by April 15, 2013.

2. Plaintiffs' motion for conditional certification (Doc. # 25) and Defendant's motion to strike class and collective allegations (Doc. # 36) are pending.

3. The parties believe that mediation will be more productive after the Court rules on the pending motions.

4. The parties therefore jointly request the Court to extend the deadline to file the Designation of Neutral and ADR Conference Report until March 15, 2013 and to extend the deadline to complete mediation until May 15, 2013.

WHEREFORE, the parties jointly pray the Court to extend the deadline to file the Designation of Neutral and ADR Conference Report until March 15, 2013 and to extend the deadline to complete mediation until May 15, 2013.

Respectfully submitted,

**RIGGAN LAW FIRM, LLC**
Russell C. Riggan (#53060MO)
132 West Washington Avenue, Suite 100
Kirkwood, Missouri 63122
Phone:  (314) 835-9100
Fax:  (314) 735-1054
russ@rigganlawfirm.com

and

**WEINHAUS & POTASHNICK**

*/s/ Mark Potashnick (with consent)*
Mark Potashnick, E.D. Mo. #41315
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
Phone:  (314) 997-9150
Fax:  (314) 997-9170
markp@wp-attorneys.com

*Attorneys for Plaintiff Hope Grant
and all others similarly situated*

**THOMPSON & COBURN LLP**

Laura M. Jordan (Mo. #48755)
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6469
Facsimile: (314) 552-7469
ljordan@thompsoncoburn.com

AND

2

**FROST BROWN TODD LLC**

*/s/ Eugene Droder III (with consent)*
George E. Yund
Eugene Droder III
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202-4182
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
gyund@fbtlaw.com
edroder@fbtlaw.com

*Attorneys for Defendant*
*Convergys Corporation*

Case: 4:12-cv-00496-CEJ   Doc. #:  83   Filed: 01/15/13   Page: 3 of 3 PageID #: 1196